UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Acknowledged. All pending motions are DENIED as MOOT and the hearing set November 4, 2016 is VACATED.
> TWP
> 11/1/2016

| | |
|---|---|
| SCOTT FISCHER, On Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:16-cv-02666-TWP-MPB |
| v. | **STIPULATION OF DISMISSAL** |
| INTERACTIVE INTELLIGENCE GROUP, INC., DONALD E. BROWN, MITCHELL E. DANIELS, EDWARD L. HAMBURG, MICHAEL C. HEIM, MARK E. HILL, and RICHARD A. RECK, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Scott Fischer (hereinafter "Plaintiff") by and through his attorneys Levi & Korsinsky, LLP and Riley Williams & Piatt, LLC, and Defendants, Interactive Intelligence Group, Inc., Donald E. Brown, Mitchell E. Daniels, Edward L. Hamburg, Michael C. Heim, Mark E. Hill, and Richard A. Reck (hereinafter "Defendants") through the undersigned counsel, agree and stipulate that Plaintiff's claims against Defendants in the above-captioned case are hereby DISMISSED with PREJUDICE, with each party bearing its own costs.

Respectfully submitted this 1st day of November, 2016.

| RILEY WILLIAMS & PIATT, LLC | FAEGRE BAKER DANIELS LLP |
|---|---|
| */s/ James A. Piatt* | */s/ Paul A. Wolfla* |
| James A. Piatt (#28320-49) | David K. Herzog (#8021-49) |
| 301 Massachusetts Avenue | Paul A. Wolfla (#24709-49) |
| Indianapolis, IN  46204 | Daniel R. Kelley (#30706-49) |
| Tel:  317-633-5270 | 300 N. Meridian Street, Suite 2700 |
| Fax:  317-426-3348 | Indianapolis, IN 46204 |
| Email:  jpiatt@rwp-law.com | Tel: (317) 237-0300 |
| | Fax: (317) 237-1000 |
| Attorney for Plaintiff | Email: David.Herzog@FaegreBD.com |
| | Paul.Wolfla@FaegreBD.com |
| | Daniel. Kelley@FaegreBD.com |
| | Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 1, 2016, a copy of the foregoing Stipulation of Dismissal was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                         */s/ James A. Piatt*
                                         James A. Piatt

RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN  46204
Tel:    317.633.5270
Fax:   317.426.3348
Email:  jpiatt@rwp-law.com